DATED this 8th day of May, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Robert J. Boyd, Judges.

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. ROBERT LEE NORRIS, Defendant.

## DECISION

No. DC-83-121

The application of the above-named defendant for a review of the sentence for Count I, Aggravated Kidnapping, 10 years; Count II, Sexual Intercourse Without Consent, 40 years; Count III Sexual Intercourse Without Consent, 40 years; all to be served consecutively; credit for time served imposed on November 15, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence of the sentencing judge, the Hon. Charles Luedke is affirmed by this Court with Judge Harkin dissenting.

HONORABLE DOUGLAS HARKIN DISSENTING: Judge Harkin would designate the Petitioner as a Dangerous Offender. The Petitioner's history indicates that he has a propensity to commit crimes of this nature and that he would do it again when he is released. Judge Harkin would also recommend that the Petitioner never be released.

We wish to thank Pete Carroll of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.